UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 21 PM
CLERK US DISTRICT C
SOUTHERN DISTRICT OF CAL
BY _____

| | |
|---|---|
| WHO'S YOUR DADDY, INC. | CASE NO. 08 MC 446 |
| vs. | **PRAECIPE** |
| SACKS MOTOR SPORTS, INC. | |

TO THE CLERK:

PARTY NAMED ON THE ABSTRACT OF JUDGMENT:

WHO'S YOUR DADDY, INC

DATE: 8/21/08

Arthur Sloane, Esq.
Name
1850 Fifth Avenue, San Diego, CA 92101
Address

Date Issued: AUG 2 1 2008

619-237-0689
Telephone

K:\COMMON\CSA\FORMS\PRAECIPE.WPD April 11, 2000 (1:56pm)

Abstract issued on 8/21/08
KNK

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

       # 154340      - MB

       August 21, 2008
           14:48:39


       Abst. of Jdgmt.
 Amount.:              $31.00 CK
 Check#.: PC7595



 Total->   $31.00


 FROM: ABSTRACT
```